IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

      **Plaintiff,**

**v.**                                  **Case No. 1:22-cr-00593-JB**

**VINCENT CANTONE,**
                  **Defendant.**

## ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW

    **THIS MATTER** comes before the Court on *Defense Counsel's Motion to Withdraw*. The Court, having reviewed the Motion, being advised that the United States does not oppose the requested relief, and being otherwise fully informed, finds that the Motion is well taken.

    **IT IS THEREFORE ORDERED** that Defense Counsel's Motion to Withdraw (Doc. 114) is GRANTED. Attorney Ahmad Assed is permitted to withdraw as counsel of record for Defendant Vincent Cantone.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*Ahmad Assed, Esq.*_____
Ahmad Assed, Esq.

Approved by:

*Approved electronically 6/9/2026*
Holland S. Kastrin
Assistant United States Attorney